CHARLES O. THOMPSON (SBN CA 139841)
    *charles.thompson@gtlaw.com*
ANTHONY E. GUZMAN II (SBN CA 311580)
    *guzmanan@gtlaw.com*
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, CA 94105-3668
Telephone: (415) 655-1300

Attorneys for Defendant
HIOSSEN, INC.

B. CHRISTINE PARK (SBN CA 234689)
    *boksoonpark@gmail.com*
JKLAWUSA, APC
3435 Wilshire Bldv., Suite 400
Los Angeles, California 90010
Telephone: 323.578.6957

Attorneys for Plaintiffs
JISU CHA, JAEHYUN KIM, and JUN-HYUN KIM

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JISU CHA, JAEHYUN KIM, and JUN-HYUN KIM, Individually and as successors-in-interest to JIHUN KIM, Decedent,<br><br>    Plaintiffs,<br><br>    v.<br><br>HIOSSEN, INC., a Pennsylvania Corporation,<br><br>    Defendant. | Case No.: 2:23-cv-00691-WLH-PD<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE**<br><br>Removal Filed:  January 30, 2023<br>Complaint Filed: December 27, 2023 |

ACTIVE 700296362v1

**TO THE CLERK, COURT, AND COUNSEL OF RECORD**:

PLEASE TAKE NOTICE that the parties have reached a settlement in principle in the above-captioned case. Accordingly, in light of the parties' pending settlement, the parties hereby request through their respective counsel of record that the Court stay all future deadlines in this action. The purpose of the stay is to allow the parties to finalize drafting the settlement agreement and obtain the necessary signatures.

DATED: July 18, 2024                    GREENBERG TRAURIG, LLP

By: ___/s/ Anthony E. Guzman_____
    CHUCK THOMPSON
    ANTHONY E. GUZMAN II

    Attorneys for Defendant
    HIOSSEN, INC.

DATED: July 18, 2024                    JKLAWUSA, APC

By:_____
    B. CHRISTINE PARK

    Attorneys for Plaintiffs
    JISU CHA, JAEHYUN KIM, and JUN-
    HYUN KIM

**NOTICE OF SETTLEMENT IN PRINCIPLE**